

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-102-CR

LUTHOR DALE SIMPSON                                                      APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT
# ON PERMANENT ABATEMENT OF APPEAL

----------

We have considered appellant's "Motion To Permanently Abate Appeal."

A copy of the certificate of death states that appellant died on May 24, 2008.

The death of an appellant during the pendency of an appeal deprives this

court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App.

1993). Under these circumstances, the appropriate disposition is the

permanent abatement of the appeal. *See* TEX. R. APP. P. 7.1(a)(2).

---

[1] *See* TEX. R. APP. P. 47.1.

No decision of this court having been delivered prior to the receipt of this motion, the court finds the motion to permanently abate the appeal should be granted. It is therefore ordered, adjudged, and decreed that the appeal is permanently abated.

PER CURIAM

PANEL: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED: August 26, 2008